IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX DARRELL DOZIER, | § | |
| | § | |
| Plaintiff, | § | |
| **v.** | § | |
| | § | No. 3:15-CV-2783-B |
| THE SYGMA NETWORK, INC. | § | |
| | § | |
| Defendant. | § | |

### FINAL ORDER OF DISMISSAL

The Court has considered the parties' Joint Motion to Dismiss with Prejudice (No. 113) and finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all causes of action now pending by Plaintiff Alex Darrell Dozier against Defendant The Sygma Network, Inc., are **DISMISSED with prejudice**, with the costs of court being assessed against the party incurring same.

SO ORDERED

**SIGNED:** September 25, 2018

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE